[No. 8310–4–I.   Division One.   November 30, 1981.]

PHYSICIANS & DENTISTS CREDIT BUREAU, INC.,
*Respondent,* v. NICHOLAS OURADA,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 849133, Frank H. Roberts, Jr., J., entered March 20, 1979. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James, C.J., and Callow, J.

[No. 4810–II.   Division Two.   December 1, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MATT
JAMES TODAHL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 10216, J. Dean Morgan, J., entered May 8, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.

[No. 4073–9–III.   Division Three.   December 1, 1981.]

SYLVIO COLISTRO, *Appellant,* v. THE TRAVELERS
COMPANIES, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–05320–6, John J. Ripple, J., entered July 14, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.